| Cost of processing a single client account | $9 | $8.8 | $6.5 | $5.5 | $5.0 |
| Profit per account | $3 | $3.2 | $5.5 | $6.5 | $7.0 |

The falling marginal cost relates primarily to the efficiency of operators in processing accounts. We assume that operators reach a western level of efficiency (2000 accounts per operator) only in the year 2000. In our assumptions, in the first 18 months of operation operators process accounts at only 40% of the efficiency of their western counterparts.

The key variable that is likely to determine the success of the venture is the number of client accounts. Here again we want to be conservative in our representations to you and Nancy. We assume that we go from processing 31,000 accounts in the beginning of 1996 *1 Aug 1996* to 238,000 accounts in the beginning of the year 2000. Under these assumptions, the Specialized Depository becomes cash flow positive in the third quarter of its operation and gives profit net of Russian tax of about $600,000 after 3.5 years of operation. Of course, if we were to assume that this Specialized Depository has a large market share and that it were to process millions of accounts, it would be an extremely profitable operation! We are certainly well positioned to achieve such success if Yeltsin wins the election and the mutual fund industry booms in Russia (and we expect both of these things to happen). However, the only scenario that we wish to present to you and Nancy is the conservative scenario that has been presented to you in the original business plan and that is summarized in the table above.

5.0    Our competition. There are two potential sources of competition to this project. They are i) Russian banks and ii) Credit Suisse. We do not think that Russian banks are serious competitors because they are not trusted by the market place. Domestic banks, have a reputation for unbridled opportunism particularly where inside information is available. They also are extremely slow to develop anything new in the way of services. We think that they will watch and wait. Credit Suisse is a more serious threat since it has indicated that it would be interested in this fund administration business and because it is the furthest advanced in custody of any insitution in Russia. We think our position is superior to that of Credit Suisse for the following reasons. First, Credit Suise will not offer clients the registrar (transfer agent) service. Instead they will farm out their customers' register of unitholders to a Russian holder of corporate registers. The company that they have chosen has a dubious reputation in the market place and very Russian concept of client service and confidentiality.

5

Second, Credit Suisse has explicitly stated that they will not offer the service to clients until they have launched their own fund in order to create/maintain a barrier to entry (remember without a depository a fund can't be licensed).  The Federal Commission will resist any attempt by a fund manager to block entry of competing funds in this way (Pioneer in Poland is a perfect example of what the Federal Commission intends not to happen in Russia).  Finally, Credit Suisse will not have access to the technical assistance nor to the inside track afforded by the technical assistance to the Federal Commission.

6.0     Connection with the Fund Management Company.  You have received a business plan from Elizabeth Hebert for investment in a fund management company.  The Specialised Depository and the Fund Management Company are being offered to you as a package.  We are not interested in your investment in the Specialised Depository unless this is helpful to raise the funds needed to start the Fund Management Company.  This is for several reasons.  First, the success of the Specialised Depository will be increased if we have a lead respected client to start things off.  A fund managed by Elizabeth Hebert would have this effect as discussed above.  Second, the Federal Commission will not license the Specialised Depository except as a package with its first client.  For this reason we think that it is important to have control over the first client to ensure that there are no problems or friction in the set up stage.  Third, we frankly want to start both of these things at the same time and are tying our futures to this strategy.  We would like our backers to do the same with their investment.

7.0     I hope that this is a helpful summary of the Specialized Depository project.  This work is on a short fuse.  If you are interested in participating in the initial investment, it is important to block out some time to focus on this project.  The Specialized Depository already has financing in place.  If worse comes to worse it can be financed by the strategic partner.  He has already indicated his willingness to do so (under this scenario we would still get 51% of it).   If you are willing to participate in the financing of the Fund Management Company (even on a modest scale), we are ready to  offer you an opportunity to invest in the Specialized Depository.

8.0     I look forward to talking with you about the proposal.

6

# Annex 1: Functions of the Specialized Depository

Under the current regulations the Specialized Depository plays both a traditional custodial role and a compliance function.

*Custody*

As the custodian of the mutual fund the specialized depository's functions include:

holding of assets and accompanying ownership records
cash control accounting, where separate payment and disbursement accounts are maintained
    by the specialized depository on behalf of the fund and reconciled on a regular basis with
    fund accounting
recording and accounting for capital and income received by the fund through investment
    of fund assets
•   processing corporate actions notifications from investee issuers and acting on the
    instructions of the fund manager with regard to such actions
documenting authorisations on fund transactions
receipt of payments from subscriptions and payment for unit redemptions upon appropriate
    instructions
payment for fund expenses at the direction of the fund manager
•   settling all securities transactions with the market

*Specialised Registrar and Unitholder administration*

The specialised registrar function requires the specialised depository to control various
aspects of the relationship between the unit holder and the fund manager including:

maintaining the register of unitholders,
processing unit purchases and redemptions, order verification and data entry, processing,
    verification and reconciliation of transactions of unit sales and redemptions as reported,
documenting all changes to the register unrelated to creation or cancellation of units (i.e.
    change of address),
responding to customer service inquiries,
•   mailing informational materials upon instruction of the fund manager.

*Fund Accounting and Valuation*

7

The Specialized Depository would also hope be offer the following (in fact this requires certain modification to existing regs, but we expect this to be achievable):

    securities valuation, which must be conducted daily using price quotes obtained from reputable sources (e.g., The Russian Trading System),
    processing of corporate actions, including stock splits and dividend payments, which can effect the total value of the funds assets,
    accounting and accruing of Fund expenses and income in compliance with the applicable regulations,
    calculation of the net asset value (NAV) of the fund based on daily reports received.

In addition to the traditional role of a fund administrator the current regulations require that the the specialised depository assumes a regulatory function on behalf of the Commission and is responsible for reporting all improprieties of the fund manager to the Commission.

8

CONFIDENTIAL

① Real Estate License

② 5% of assets assets based fee

③ 5% of assets Depository

Revenues.

Want Real Estate

① Nancy

② Jonath

③ Real Estate License

100 for 5%
Reus negotiate first or
interval mutual fund
trustee license & accept
fees interest

Mn Dillon Plan.

APR-29-1996  17:21  FROM  ILBE                    TO        925003131  P.01

## International Institute for
## Law-Based Economy
## FOUNDATION

Ducat Plaza, 5th Floor
3710 Ul.Gasheka
Moscow, Russia 123047

## Fax Cover Sheet

DATE: 29 - 04 - 96
TO: Michael Oohr

PHONE: 258 - 3130
FAX: 258 - 3121

FROM: JONATHAN HAY

PHONE: (+7501) 258 3570
FAX: (+7501) 258 3563

RE: Draft Terms of Agreement

Number of pages including cover sheet: 2

Message:

Copy for F.O.W
JLP
& vosfun fuPCA

TO: PCA
&
JH

(Judy, please give a)
copy to each.
Thx

created in the project with Elizabeth Habert.

APR-29-1996  17:21   FROM  ILBE                              TO            92583131      P.03

*Guys, these are the things that I suggested to [another] that we must accomplish*

April 29, 1996
To: Michael Oster
From: Jonathan Hay
Re: Draft Terms of Agreement

1.    This memo is to confirm the conversation that we had on Friday.

2.    As we discussed, I would put together a small team (Real Estate Services Group) which would include myself and a number of Russian colleagues to provide services to CPI in the following areas:

   a.    systemization of legal analysis for projects,

   b.    creation of standard templates and structures for different types of transactions

   c.    organization of closure process both in terms of standardizing work flows in general, as well as with respect to specific transactions,

   e.    development of asset management function,

   f.    development of control function.

We could begin immediately with those areas of work that are of the highest priority to you.

Compensation:  Services should be compensated at hourly rates, except for organization of closings which should contain a success fee in order to motivate the Real Estate Services Group to quickly realize CPI objectives.

3.    The Real Estate Services Group would form an entity jointly with CPI (or sign a contract on joint activity) that would have the goal of purchasing, developing and managing real estate projects in Russia's regions.  The Real Estate Services Group would be responsible for identifying properties, establishing relationships with local administrations, structuring transactions.  CPI would be responsible for providing strategic direction, advising the development process, and for organizing the financing of project.

Compensation: Equity would either be divided on a deal by deal basis or globally through the entity created above.  Your thoughts on an appropriate and fair way to organize compensation are needed here.

4.    Real Estate Mutual Fund.  The Real Estate Services Group should also form together with CPI a domestic mutual fund to invest in real estate.  This project would combine expertise of CPI. Real Estate Services Group, and piggyback on the mutual fund infrastructure being created in the project with Elizabeth Hebert.

· Jonathan's commitment ?
, CPI control

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)*

| | |
|---|---|
| **1.** Federal sponsoring agency and organizational element to which this report is submitted | Approval by Office of Management and Budget, No. 80–RO182 |
| | Agency for International Development |
| | Washington, D.C.  20503 |

**2. RECIPIENT ORGANIZATION**

PRESIDENT & FELLOWS OF HARVARD COLLEGE

*Name* : Office for Sponsored Research

*Number and Street* : Holyoke Center - Room 466

: 1350 Massachusetts Avenue

Cambridge, MA  02138

*City, State and ZIP Code:*

| | |
|---|---|
| **4.** Federal grant or other identification number  See 272A | **5.** Recipient's account number or identifying number  See 272A |
| **6.** Letter of credit number  72001468 | **7.** Last payment voucher number  176 ✓ |
| *Give total number for this period* | |
| **8.** Payment Vouchers credited to your account  2 | **9.** Treasury checks received (whether or not deposited)  N/A |

**3. FEDERAL EMPLOYER IDENTIFICATION NO.** ▶  04210350

**10.  PERIOD COVERED BY THIS REPORT**

FROM (month, day, year)  7/01/94     TO (month, day, year)  7/31/94

| | | |
|---|---|---|
| **11. STATUS OF FEDERAL CASH** | a. Cash on hand beginning of reporting period  DEFICIT | $ (1,393,738.14) |
| | b. Letter of credit withdrawals | 2,087,000.00 ✓ |
| | c. Treasury check payments | 0.00 |
| | d. Total receipts (Sum of lines b and c) | 2,087,000.00 |
| | e. Total cash available (Sum of lines a and d) | 693,261.86 |
| *(See specific instructions on the back)* | f. Gross disbursements | 1,295,854.93 |
| | g. Federal share of program income | 0.00 |
| | h. Net disbursements (Line f minus line g) | 1,295,854.93 |
| | i. Adjustments of prior periods | 0.00 |
| | j. Cash on hand end of period  DEFICIT | $ (602,593.07) |

| | | |
|---|---|---|
| **12.** THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ *Days* | **13.  OTHER INFORMATION** | |
| | a. Interest income | $ |
| | b. Advances to subgrantees or subcontractors | $ |

**14. REMARKS** *(Attach additional sheets of plain paper, if more space is required)*

**15.  CERTIFICATION**

| | | |
|---|---|---|
| I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement | **AUTHORIZED CERTIFYING OFFICIAL** | SIGNATURE |
| | | TYPED OR PRINTED NAME AND TITLE |
| | | Marisa Schasel - Cash Manager |

| | |
|---|---|
| DATE REPORT SUBMITTED  8/12/94 | |
| TELEPHONE (Area Code, Number, Extension)  (617) 496-2507 | |

**THIS SPACE FOR AGENCY USE**

8/30/94

STANDARD FORM 272 (7–76)
Prescribed by Office of Management and Budget
Cir. No. A–110

Case 1:00-cv-11337-DPW   Document 1-4   Filed 09/29/05   Page 9 of 25

# FEDERAL CASH TRANSACTIONS REPORT

Approved. Office of Management and Budget. No. 80–RO182

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272–A.)*

| 1. Federal sponsoring agency and organizational element to which this report is submitted | Agency for International Development |
|---|---|
| | Washington, D.C.   20503 |

## 2. RECIPIENT ORGANIZATION

PRESIDENT & FELLOWS OF HARVARD COLLEGE

| | |
|---|---|
| Name | : Office for Sponsored Research |
| | Holyoke Center - Room 466 |
| Number and Street | : 1350 Massachusetts Avenue |
| | Cambridge, MA  02138 |

| 4. Federal grant or other identification number  See 272A | 5. Recipient's account number or identifying number  See 272A |
|---|---|
| 6. Letter of credit number  72001468 | 7. Last payment voucher number  178 |

| *Give total number for this period* | |
|---|---|
| 8. Payment Vouchers credited to your account   2 | 9. Treasury checks received (whether or not deposited)   N/A |

**City, State and ZIP Code:**

## 3. FEDERAL EMPLOYER IDENTIFICATION NO. ▶   04210350

| 10. | PERIOD COVERED BY THIS REPORT |
|---|---|
| FROM (month, day, year)  8/01/94 | TO (month, day, year)  8/31/94 |

| 11. STATUS OF FEDERAL CASH *(See specific instructions on the back)* | a. Cash on hand beginning of reporting period        DEFICIT | $ | (602,593.07) |
|---|---|---|---|
| | b. Letter of credit withdrawals | | 1,932,000.00   ✱ |
| | c. Treasury check payments | | 0.00 |
| | d. Total receipts *(Sum of lines b and c)* | | 1,932,000.00 |
| | e. Total cash available *(Sum of lines a and d)* | | 1,329,406.93 |
| | f. Gross disbursements | | 2,316,569.00 |
| | g. Federal share of program income | | 0.00 |
| | h. Net disbursements *(Line f minus line g)* | | 2,316,569.00 |
| | i. Adjustments of prior periods | | 0.00 |
| | j. Cash on hand end of period        DEFICIT | $ | (987,162.07) |

| 12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ Days | 13. | OTHER INFORMATION |
|---|---|---|
| | a. Interest income | $ |
| | b. Advances to subgrantees or subcontractors | $ |

**14. REMARKS** *(Attach additional sheets of plain paper, if more space is required)*

## CERTIFICATION

| 15. | | | DATE REPORT SUBMITTED |
|---|---|---|---|
| I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement | AUTHORIZED CERTIFYING OFFICIAL | SIGNATURE  *Marisa Schasel* | 9/13/94 |
| | | TYPED OR PRINTED NAME AND TITLE  Marisa Schasel - Cash Manager | TELEPHONE (Area Code, Number, Extension)  (617) 496-2507 |

**THIS SPACE FOR AGENCY USE**

✱ Includes RGN 178 for $1,329,000 paid early 9/94.

STANDARD FORM 272 (7–76)
Prescribed by Office of Management and Budget
Cir. No. A-110

9/20/94

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)*

| Approve | Office of Management and Budget. No. 80–RO182 |
|---|---|
| 1. | ...statement to which this report is submitted |
| | Agency for International Development |
| | Washington, D.C. 20503 |

## 2. RECIPIENT ORGANIZATION

**Name** PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research

**Number and Street** Holyoke Center - Room 466
1350 Massachusetts Avenue

**City, State and ZIP Code:** Cambridge, MA 02138

| 4. Federal grant or other identification number | 5. Recipient's account number or identifying number |
|---|---|
| See 272A | See 272A |

| 6. Letter of credit number | 7. Last payment voucher number |
|---|---|
| 72001468 | 180 |

*Give total number for this period*

| 8. Payment Vouchers credited to your account 2 | 9. Treasury checks received (whether or not deposited) N/A |
|---|---|

## 3. FEDERAL EMPLOYER IDENTIFICATION NO. ▶   04210350

### 10. PERIOD COVERED BY THIS REPORT

| FROM (month, day, year) | TO (month, day, year) |
|---|---|
| 9/01/94 | 9/30/94 |

## 11. STATUS OF FEDERAL CASH

*(See specific instructions on the back)*

| | | |
|---|---|---|
| a. Cash on hand beginning of reporting period    DEFICIT | $ | (987,162.07) |
| b. Letter of credit withdrawals | | 2,387,000.00 ✳ |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (Sum of lines b and c) | | 2,387,000.00 |
| e. Total cash available (Sum of lines a and d) | | 1,399,837.93 |
| f. Gross disbursements | | 2,651,928.36 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements (Line f minus line g) | | 2,651,928.36 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period    DEFICIT | $ | (1,252,090.43) |

## 12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ Days

## 13. OTHER INFORMATION

| a. Interest income | $ | ▸ |
|---|---|---|
| b. Advances to subgrantees or subcontractors | $ | |

## 14. REMARKS (Attach additional sheets of plain paper, if more space is required)

## 15. CERTIFICATION

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

**AUTHORIZED CERTIFYING OFFICIAL**

**SIGNATURE** *Marisa Schasel*

**TYPED OR PRINTED NAME AND TITLE**

Marisa Schasel - Cash Manager

**DATE REPORT SUBMITTED**
10/12/94

**TELEPHONE (Area Code, Number, Extension)**
(617) 496-2507

### THIS SPACE FOR AGENCY USE

✳ Missing RQN 178 for $1,329,000 paid 9/1/94 -
see previous report.

10/17/94
9P

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272–A.)*

| | |
|---|---|
| **1. Federal sponsoring agency and organizational element to which this report is submitted** | Approved by Office of Management and Budget. No. 80–RO182 |
| | Agency for International Development |
| | Washington, D.C.  20503 |

## 2. RECIPIENT ORGANIZATION

**Name**   PRESIDENT & FELLOWS OF HARVARD COLLEGE

Office for Sponsored Research

**Number and Street** : Holyoke Center – Room 466

1350 Massachusetts Avenue

**City, State and ZIP Code:** Cambridge, MA  02138

| 4. Federal grant or other identification number   See 272A | 5. Recipient's account number or identifying number   See 272A |
|---|---|
| **6. Letter of credit number**   72001468 | **7. Last payment voucher number**   182 ✓ |
| | *Give total number for this period* |
| **8. Payment Vouchers credited to your account**   2 | **9. Treasury checks received (whether or not deposited)**   N/A |

## 3. FEDERAL EMPLOYER IDENTIFICATION NO. ▸   04210350

| 10. | PERIOD COVERED BY THIS REPORT |
|---|---|
| **FROM (month, day, year)**   10/01/94 | **TO (month, day, year)**   10/31/94 |

| 11. STATUS OF FEDERAL CASH | | |
|---|---|---|
| | a. Cash on hand beginning of reporting period    DEFICIT | $  (1,252,090.43) |
| | b. Letter of credit withdrawals | 2,652,000.00 ✓ |
| | c. Treasury check payments | 0.00 |
| | d. Total receipts *(Sum of lines b and c)* | 2,652,000.00 |
| | e. Total cash available *(Sum of lines a and d)* | 1,399,909.57 |
| | f. Gross disbursements | 2,358,834.78 |
| *(See specific instructions on the back)* | g. Federal share of program income | 0.00 |
| | h. Net disbursements *(Line f minus line g)* | 2,358,834.78 |
| | i. Adjustments of prior periods | 0.00 |
| | j. Cash on hand end of period    DEFICIT | $  (958,925.21) |

| 12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING      Days | 13. | OTHER INFORMATION |
|---|---|---|
| | a. Interest income | $ |
| | b. Advances to subgrantees or subcontractors | $ |

**14. REMARKS**  *(Attach additional sheets of plain paper, if more space is required)*

| 15. | | CERTIFICATION | |
|---|---|---|---|
| I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement | AUTHORIZED CERTIFYING OFFICIAL | **SIGNATURE**   *Marisa Schasel* | **DATE REPORT SUBMITTED**   11/08/94 |
| | | **TYPED OR PRINTED NAME AND TITLE**   Marisa Schasel – Cash Manager | **TELEPHONE (Area Code, Number, Extension)**   (617) 496-2507 |

**THIS SPACE FOR AGENCY USE**

11/15/94

9B

STANDARD FORM 272 (7–76)
Prescribed by Office of Management and Budget
Cir. No. A–110

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)*

| | |
|---|---|
| Approv. ...fice of Management and Budget. No. 80-RO182 | |
| 1. Federal sponsoring agency and organizational element to which this report is submitted | Agency for International Development<br>Washington, D.C.  20503 |

## 2. RECIPIENT ORGANIZATION

| | |
|---|---|
| 4. Federal grant or other identification number  See 272A | 5. Recipient's account number or identifying number  See 272A |
| 6. Letter of credit number  72001468 | 7. Last payment voucher number  ~~184~~  183 |

*Name*  PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research

*Number and Street*  Holyoke Center - Room 466
1350 Massachusetts Avenue

*City, State and ZIP Code:*  Cambridge, MA  02138

| | |
|---|---|
| *Give total number for this period* | |
| 8. Payment Vouchers credited to your account  2 | 9. Treasury checks received (whether or not deposited)  N/A |

## 3. FEDERAL EMPLOYER IDENTIFICATION NO. ▶

04210350

### 10. PERIOD COVERED BY THIS REPORT

| FROM (month, day, year) | TO (month, day, year) |
|---|---|
| 11/01/94 | 11/30/94 |

## 11. STATUS OF FEDERAL CASH

*(See specific instructions on the back)*

| | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT | $        (958,925.21) |
| b. Letter of credit withdrawals | | 959,000.00 ✓ |
| c. Treasury check payments | | 0.00 |
| d. Total receipts *(Sum of lines b and c)* | | 959,000.00 |
| e. Total cash available *(Sum of lines a and d)* | | 74.79 |
| f. Gross disbursements | | 1,469,714.01 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements *(Line f minus line g)* | | 1,469,714.01 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT | $     (1,469,639.22) |

## 12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ Days

### 13. OTHER INFORMATION

| | |
|---|---|
| a. Interest income | $ |
| b. Advances to subgrantees or subcontractors | $ |

## 14. REMARKS *(Attach additional sheets of plain paper, if more space is required)*

[See Attached Sheet]

## 15. CERTIFICATION

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

**AUTHORIZED CERTIFYING OFFICIAL**

SIGNATURE  *Marisa Schasel*

TYPED OR PRINTED NAME AND TITLE

Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED  12/16/94

TELEPHONE *(Area Code, Number, Extension)*  (617) 496-2507

THIS SPACE FOR AGENCY USE

1/5/95
90

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

Budget. No. 80–RO182

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272–A.)*

| | |
|---|---|
| **1.** Federal sponsoring agency and organizational element to which this report is submitted | Agency for International Development<br>Washington, D.C.  20503 |

**2. RECIPIENT ORGANIZATION**

*Name*  PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research

*Number and Street* : Holyoke Center - Room 466
1350 Massachusetts Avenue

*City, State and ZIP Code:*  Cambridge, MA  02138

| 4. Federal grant or other identification number  See 272A | 5. Recipient's account number or identifying number  See 272A |
|---|---|
| 6. Letter of credit number  72001468 | 7. Last payment voucher number  185 |
| **Give total number for this period** | |
| 8. Payment Voucher credited to your account  2 | 9. Treasury checks received (whether or not deposited)  N/A |

**3. FEDERAL EMPLOYER IDENTIFICATION NO. ▶**    04210350

**10.  PERIOD COVERED BY THIS REPORT**

| FROM (month, day, year) | TO (month, day year) |
|---|---|
| 12/01/94 | 12/31/94 |

| 11. STATUS OF FEDERAL CASH | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT | $   (1,469,639.22) |
| b. Letter of credit withdrawals | | 2,520,000.00 |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (*Sum of lines b and c*) | | 2,520,000.00 |
| e. Total cash available (*Sum of lines a and d*) | | 1,050,360.78 |
| f. Gross disbursements | | 2,567,716.25 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements (*Line f minus line g*) | | 2,567,716.25 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT | $   (1,517,355.47) |

*(See specific instructions on the back)*

| 12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING<br><br>Days | 13.  OTHER INFORMATION | |
|---|---|---|
| | a. Interest income | $ |
| | b. Advances to subgrantees or subcontractors | $ |

**14. REMARKS** (*Attach additional sheets of plain paper, if more space is required*)

| 15. | **CERTIFICATION** | |
|---|---|---|
| I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement | **AUTHORIZED CERTIFYING OFFICIAL** | **SIGNATURE**  *Marisa Schasel*<br><br>**TYPED OR PRINTED NAME AND TITLE**<br><br>Marisa Schasel - Cash Manager |

| DATE REPORT SUBMITTED |
|---|
| 1/17/95 |
| TELEPHONE (Area Code, Number, Extension)  (617) 496-2507 |

**THIS SPACE FOR AGENCY USE**

2/1/95
9p

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)*

Approved Office of Management and Budget, No. 80-RO182

**1.** Federal sponsoring agency and organizational element to which this report is submitted

Agency for International Development
Washington, D.C.   20503

## 2. RECIPIENT ORGANIZATION

| | |
|---|---|
| *Name* | PRESIDENT & FELLOWS OF HARVARD COLLEGE |
| | Office for Sponsored Research |
| *Number and Street* | : Holyoke Center - Room 466 |
| | 1350 Massachusetts Avenue |
| *City, State and ZIP Code:* | Cambridge, MA  02138 |

| 4. Federal grant or other identification number    See 272A | 5. Recipient's account number or identifying number    See 272A |
|---|---|
| 6. Letter of credit number    72001468 | 7. Last payment voucher number    190 |
| *Give total number for this period* | |
| 8. Payment Vouchers credited to your account    3 | 9. Treasury checks received (whether or not deposited)    N/A |

## 3. FEDERAL EMPLOYER IDENTIFICATION NO. ▶

04210350

## 10. PERIOD COVERED BY THIS REPORT

| FROM (month, day, year)    2/01/95 | TO (month, day year)    2/28/95 |
|---|---|

## 11. STATUS OF FEDERAL CASH

*(See specific instructions on the back)*

| | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT   $ | (776,004.16) |
| b. Letter of credit withdrawals | | 2,313,000.00 |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (Sum of lines b and c) | | 2,313,000.00 |
| e. Total cash available (Sum of lines a and d) | | 1,536,995.84 |
| f. Gross disbursements | | 1,956,452.72 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements (Line f minus line g) | | 1,956,452.72 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT   $ | (419,456.88) |

## 12. THE AMOUNT SHOWN ON LINE 11j. ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ Days

## 13. OTHER INFORMATION

| a. Interest income | $ |
|---|---|
| b. Advances to subgrantees or subcontractors | $ |

## 14. REMARKS *(Attach additional sheets of plain paper, if more space is required)*

## 15. CERTIFICATION

| I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement | AUTHORIZED CERTIFYING OFFICIAL | SIGNATURE    *Marisa Schasel*    TYPED OR PRINTED NAME AND TITLE    Marisa Schasel - Cash Manager | DATE REPORT SUBMITTED    3/09/95 |
|---|---|---|---|
| | | | TELEPHONE (Area Code, Number, Extension)    (617) 496-2507 |

**THIS SPACE FOR AGENCY USE**

3/14/95
GP

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272–A.)*

Approve... Office of Management and Budget, No. 80–RO182

**1. Federal sponsoring agency and organizational element to which this report is submitted**
Agency for International Development
Washington, D.C. 20503

## 2. RECIPIENT ORGANIZATION

**Name:** PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research

**Number and Street:** Holyoke Center - Room 466
1350 Massachusetts Avenue

**City, State and ZIP Code:** Cambridge, MA 02138

**4. Federal grant or other identification number:** See 272A

**5. Recipient's account number or identifying number:** See 272A

**6. Letter of credit number:** 72001468

**7. Last payment voucher number:** 194

*Give total number for this period*

**8. Payment Vouchers credited to your account:** 4

**9. Treasury checks received (whether or not deposited):** N/A

## 3. FEDERAL EMPLOYER IDENTIFICATION NO. ▶ 04210350

**10. PERIOD COVERED BY THIS REPORT**
FROM (month, day, year): 3/01/95
TO (month, day, year): 3/31/95

## 11. STATUS OF FEDERAL CASH

*(See specific instructions on the back)*

| | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT | $ (419,456.88) |
| b. Letter of credit withdrawals | | 2,022,000.00 |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (Sum of lines b and c) | | 2,022,000.00 |
| e. Total cash available (Sum of lines a and d) | | 1,602,543.12 |
| f. Gross disbursements | | 2,330,216.36 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements (Line f minus line g) | | 2,330,216.36 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT | $ (727,673.24) |

**12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING ____ Days**

## 13. OTHER INFORMATION

a. Interest income $
b. Advances to subgrantees or subcontractors $

## 14. REMARKS (Attach additional sheets of plain paper, if more space is required)

## 15. CERTIFICATION

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

**AUTHORIZED CERTIFYING OFFICIAL**

**SIGNATURE:** *Marisa Schasel*

**TYPED OR PRINTED NAME AND TITLE:** Marisa Schasel - Cash Manager

**DATE REPORT SUBMITTED:** 4/12/95

**TELEPHONE (Area Code, Number, Extension):** (617) 496-2507

THIS SPACE FOR AGENCY USE

5/11/95
90

**STANDARD FORM 272 (7–76)**
Prescribed by Office of Management and Budget
Cir. No. A–110

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)*

| | |
|---|---|
| **1.** Federal sponsoring agency and organizational element to which this report is submitted | Agency for International Development<br>Washington, D.C.   20503 |

## 2. RECIPIENT ORGANIZATION

**Name**  PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research

**Number and Street**  : Holyoke Center - Room 466
1350 Massachusetts Avenue

**City, State and ZIP Code:**  Cambridge, MA  02138

| **4.** Federal grant or other identification number   See 272A | **5.** Recipient's account number or identifying number   See 272A |
|---|---|
| **6.** Letter of credit number   72001468 | **7.** Last payment voucher number   199 ✓ |
| | *Give total number for this period* |
| **8.** Payment Vouchers credited to your account   5 | **9.** Treasury checks received (whether or not deposited)   N/A |

## 3. FEDERAL EMPLOYER IDENTIFICATION NO. ▶   04210350

## 10.   PERIOD COVERED BY THIS REPORT

| FROM (month, day, year)   4/01/95 | TO (month, day, year)   4/30/95 |
|---|---|

| | | |
|---|---|---|
| **11. STATUS OF FEDERAL CASH** | a. Cash on hand beginning of reporting period   DEFICIT | $   (727,673.24) |
| | b. Letter of credit withdrawals | 2,294,000.00 ✓ |
| | c. Treasury check payments | 0.00 |
| | d. Total receipts *(Sum of lines b and c)* | 2,294,000.00 |
| | e. Total cash available *(Sum of lines a and d)* | 1,566,326.76 |
| | f. Gross disbursements | 1,365,327.50 |
| *(See specific instructions on the back)* | g. Federal share of program income | 0.00 |
| | h. Net disbursements *(Line f minus line g)* | 1,365,327.50 |
| | i. Adjustments of prior periods | 0.00 |
| | j. Cash on hand end of period | $   200,999.26 |

*(stamp: MAY 15 1995 RECEIVED)*

**12.** THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING **3** Days

## 13.   OTHER INFORMATION

| a. Interest income | $ |
|---|---|
| b. Advances to subgrantees or subcontractors | $ |

## 14. REMARKS *(Attach additional sheets of plain paper, if more space is required)*

Surplus cash due to credits put through at end of month; surplus position has been fully disbursed within the first week of May.

## 15.   CERTIFICATION

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

| | | |
|---|---|---|
| **AUTHORIZED CERTIFYING OFFICIAL** | SIGNATURE   *Marisa Schasel* | DATE REPORT SUBMITTED   5/09/95 |
| | TYPED OR PRINTED NAME AND TITLE   Marisa Schasel - Cash Manager | TELEPHONE (Area Code, Number, Extension)   (617) 496-2507 |

THIS SPACE FOR AGENCY USE

6/1/95

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272–A.)*

Approved by Office of Management and Budget, No. 80–RO182

1. Federal sponsoring agency and organizational element to which this report is submitted

Agency for International Development
Washington, D.C.   20503

## 2. RECIPIENT ORGANIZATION

| | |
|---|---|
| *Name* | PRESIDENT & FELLOWS OF HARVARD COLLEGE |
| | Office for Sponsored Research |
| *Number and Street* | : Holyoke Center - Room 466 |
| | 1350 Massachusetts Avenue |
| *City, State and ZIP Code:* | Cambridge, MA  02138 |

| | |
|---|---|
| 4. Federal grant or other identification number | See 272A |
| 5. Recipient's account number or identifying number | See 272A |
| 6. Letter of credit number | 72001468 |
| 7. Last payment voucher number | 204 |

*Give total number for this period*

| | |
|---|---|
| 8. Payment Vouchers credited to your account | 5 |
| 9. Treasury checks received (whether or not deposited) | N/A |

## 3. FEDERAL EMPLOYER IDENTIFICATION NO. ▶

04210350

## 10. PERIOD COVERED BY THIS REPORT

| FROM (month, day, year) | TO (month, day year) |
|---|---|
| 5/01/95 | 5/31/95 |

| 11. STATUS OF FEDERAL CASH  *(See specific instructions on the back)* | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | $ | 200,999.26 |
| b. Letter of credit withdrawals | | 1,310,000.00 ✓ |
| c. Treasury check payments | | 0.00 |
| d. Total receipts *(Sum of lines b and c)* | | 1,310,000.00 |
| e. Total cash available *(Sum of lines a and d)* | | 1,510,999.26 |
| f. Gross disbursements | | 2,072,718.73 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements *(Line f minus line g)* | | 2,072,718.73 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period    DEFICIT | $ | (561,719.47) |

## 12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING    Days

## 13.       OTHER INFORMATION

| | | |
|---|---|---|
| a. Interest income | $ | |
| b. Advances to subgrantees or subcontractors | $ | |

## 14. REMARKS  *(Attach additional sheets of plain paper, if more space is required)*

## 15.       CERTIFICATION

| I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement | AUTHORIZED CERTIFYING OFFICIAL | SIGNATURE   *Marisa Schasel*  TYPED OR PRINTED NAME AND TITLE  Marisa Schasel - Cash Manager | DATE REPORT SUBMITTED  6/09/95  TELEPHONE (Area Code, Number, Extension)  (617) 496-2507 |
|---|---|---|---|

THIS SPACE FOR AGENCY USE

6/15/95
OP

STANDARD FORM 272 (7–76)
Prescribed by Office of Management and Budget
Cir. No. A–110

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)*

| | |
|---|---|
| Approved. Office of Management and Budget, No. 80-R0182 | |
| 1. Federal sponsoring agency and organizational element to which this report is submitted | Agency for International Development Washington, D.C.  20503 |

**2. RECIPIENT ORGANIZATION**

Name  PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research
Number and Street  Holyoke Center - Room 466
1350 Massachusetts Avenue
City, State and ZIP Code:  Cambridge, MA  02138

| 4. Federal grant or other identification number  See 272A | 5. Recipient's account number or identifying number  See 272A |
|---|---|
| 6. Letter of credit number  72001468 | 7. Last payment voucher number  209 |
| *Give total number for this period* | |
| 8. Payment Vouchers credited to your account  5 | 9. Treasury checks received (whether or not deposited)  N/A |

**3. FEDERAL EMPLOYER IDENTIFICATION NO.** ▶  04210350

| 10. PERIOD COVERED BY THIS REPORT | |
|---|---|
| FROM (month, day, year)  6/01/95 | TO (month, day, year)  6/01/95 |

**11. STATUS OF FEDERAL CASH**

*(See specific instructions on the back)*

| | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT | $ (561,719.47) |
| b. Letter of credit withdrawals | | 2,062,000.00 |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (Sum of lines b and c) | | 2,062,000.00 |
| e. Total cash available (Sum of lines a and d) | | 1,500,280.53 |
| f. Gross disbursements | | 2,309,332.87 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements (Line f minus line g) | | 2,309,332.87 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT | $ (809,052.34) |

**12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING** ___ *Days*

| 13. OTHER INFORMATION | |
|---|---|
| a. Interest income | $ |
| b. Advances to subgrantees or subcontractors | $ |

**14. REMARKS** *(Attach additional sheets of plain paper, if more space is required)*

**15.**  CERTIFICATION

| I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement | AUTHORIZED CERTIFYING OFFICIAL | SIGNATURE  *Marisa Schasel*  TYPED OR PRINTED NAME AND TITLE  Marisa Schasel - Cash Manager | DATE REPORT SUBMITTED  7/13/95 |
|---|---|---|---|
| | | | TELEPHONE (Area Code, Number, Extension)  (617) 496-2507 |

**THIS SPACE FOR AGENCY USE**

7/20/95

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)*

| Approved Office of Management and Budget. No. 80–R0182 |
|---|
| 1. Federal sponsoring agency and organizational element to which this report is submitted |
| Agency for International Development |
| Washington, D.C.   20503 |

## 2. RECIPIENT ORGANIZATION

**Name**  PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research

**Number and Street**  Holyoke Center - Room 466
1350 Massachusetts Avenue

**City, State and ZIP Code:**  Cambridge, MA  02138

| 4. Federal grant or other identification number   See 272A | 5. Recipient's account number or identifying number   See 272A |
|---|---|
| 6. Letter of credit number   72001468 | 7. Last payment voucher number   209 |
| *Give total number for this period* | |
| 8. Payment Vouchers credited to your account   5 | 9. Treasury checks received (whether or not deposited)   N/A |

## 3. FEDERAL EMPLOYER IDENTIFICATION NO.   04210350

| 10. | PERIOD COVERED BY THIS REPORT |
|---|---|
| FROM (month, day, year)   6/01/95 | TO (month, day year)   6/30/95 |

| 11. STATUS OF FEDERAL CASH *(See specific instructions on the back)* | | |
|---|---|---|
| a. Cash on hand beginning of reporting period   DEFICIT | $ | (561,719.47) |
| b. Letter of credit withdrawals | | 2,062,000.00 |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (Sum of lines b and c) | | 2,062,000.00 |
| e. Total cash available (Sum of lines a and d) | | 1,500,280.53 |
| f. Gross disbursements | | 2,687,886.07 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements (Line f minus line g) | | 2,687,886.07 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period   DEFICIT | $ | (1,187,605.54) |

**12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING**   *Days*

## 13. OTHER INFORMATION

| a. Interest income | $ | |
|---|---|---|
| b. Advances to subgrantees or subcontractors | $ | |

**14. REMARKS** *(Attach additional sheets of plain paper, if more space is required)*

## 15. CERTIFICATION

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

**AUTHORIZED CERTIFYING OFFICIAL**

SIGNATURE   *Marisa Schasel*

TYPED OR PRINTED NAME AND TITLE

Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED   7/25/95

TELEPHONE (Area Code, Number, Extension)   (617) 496-2507

**THIS SPACE FOR AGENCY USE**

272-102

STANDARD FORM 272 (7–76)
Prescribed by Office of Management and Budget
Cir. No. A–110

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)*

| | |
|---|---|
| 1. Federal sponsoring agency and organizational element to which this report is submitted | Agency for International Development<br>Washington, D.C. 20503 |

## 2. RECIPIENT ORGANIZATION

| | |
|---|---|
| Name | PRESIDENT & FELLOWS OF HARVARD COLLEGE<br>Office for Sponsored Research |
| Number and Street | Holyoke Center - Room 466<br>1350 Massachusetts Avenue |
| City, State and ZIP Code: | Cambridge, MA 02138 |

| 4. Federal grant or other Identification number See 272A | 5. Recipient's account number or identifying number See 272A |
|---|---|
| **6. Letter of credit number** 72001468 | **7. Last payment voucher number** 213 |

**Give total number for this period**

| 8. Payment Vouchers credited to your account   4 | 9. Treasury checks received (whether or not deposited)   N/A |
|---|---|

## 3. FEDERAL EMPLOYER IDENTIFICATION NO. ▶ 04210350

| 10. | PERIOD COVERED BY THIS REPORT | |
|---|---|---|
| | FROM (month, day, year)<br>7/01/95 | TO (month, day, year)<br>7/31/95 |

| 11. STATUS OF FEDERAL CASH *(See specific instructions on the back.)* | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT | $ (1,187,605.54) |
| b. Letter of credit withdrawals | | 2,188,000.00 ✱ |
| c. Treasury check payments | | 0.00 |
| d. Total receipts *(Sum of lines b and c)* | | 2,188,000.00 |
| e. Total cash available *(Sum of lines a and d)* | | 1,000,394.46 |
| f. Gross disbursements | | 1,232,975.49 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements *(Line f minus line g)* | | 1,232,975.49 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT | $ (232,581.03) |

| 12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ Days | 13. OTHER INFORMATION | |
|---|---|---|
| | a. Interest income | $ |
| | b. Advances to subgrantees or subcontractors | $ |

**14. REMARKS** *(Attach additional sheets of plain paper, if more space is required)*

| 15. | CERTIFICATION | | |
|---|---|---|---|
| I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement | AUTHORIZED CERTIFYING OFFICIAL | SIGNATURE *Marisa Schasel*<br><br>TYPED OR PRINTED NAME AND TITLE<br><br>Marisa Schasel - Cash Manager | DATE REPORT SUBMITTED<br>8/09/95<br><br>TELEPHONE (Area Code, Number, Extension)<br>(617) 496-2507 |

**THIS SPACE FOR AGENCY USE**

✱ Includes PON 213 for $624,000 paid 8/1/95

8/17/95
GP

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)*

| | |
|---|---|
| **Approved Office of Management and Budget. No. 80-RO182** | |
| 1. Federal sponsoring agency and organizational element to which this report is submitted | Agency for International Development |
| | Washington, D.C.  20503 |

## 2. RECIPIENT ORGANIZATION

**Name** PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research

**Number and Street** Holyoke Center - Room 466
1350 Massachusetts Avenue

**City, State and ZIP Code:** Cambridge, MA  02138

| 4. Federal grant or other identification number   See 272A | 5. Recipient's account number or identifying number   See 272A |
|---|---|
| 6. Letter of credit number   72001468 | 7. Last payment voucher number   219 |
| *Give total number for this period* | |
| 8. Payment vouchers credited to your account   6 | 9. Treasury checks received (whether or not deposited)   N/A |

| 10.   PERIOD COVERED BY THIS REPORT | |
|---|---|
| FROM (month, day, year)   8/01/95 | TO (month, day, year)   8/31/95 |

## 3. FEDERAL EMPLOYER IDENTIFICATION NO. ▶  04210350

| 11. STATUS OF FEDERAL CASH *(See specific instructions on the back)* | | | |
|---|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT | $ | (232,581.03) |
| b. Letter of credit withdrawals | | | 1,516,000.00 |
| c. Treasury check payments | | | 0.00 |
| d. Total receipts (*Sum of lines b and c*) | | | 1,516,000.00 |
| e. Total cash available (*Sum of lines a and d*) | | | 1,283,418.97 |
| f. Gross disbursements | | | 2,094,225.72 |
| g. Federal share of program income | | | 0.00 |
| h. Net disbursements (*Line f minus line g*) | | | 2,094,225.72 |
| i. Adjustments of prior periods | | | 0.00 |
| j. Cash on hand end of period | DEFICIT | $ | (810,806.75) |

*(stamp: SEP 25 1995 RECEIVED)*

| 12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ Days | 13.   OTHER INFORMATION | | |
|---|---|---|---|
| | a. Interest income | $ | |
| | b. Advances to subgrantees or subcontractors | $ | |

**14. REMARKS** (*Attach additional sheets of plain paper, if more space is required*)

## 15.   CERTIFICATION

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

**AUTHORIZED CERTIFYING OFFICIAL**

| SIGNATURE | DATE REPORT SUBMITTED |
|---|---|
| *Marisa Schasel* | 9/14/95 |
| TYPED OR PRINTED NAME AND TITLE | TELEPHONE (Area Code, Number, Extension) |
| Marisa Schasel - Cash Manager | (617) 496-2507 |

**THIS SPACE FOR AGENCY USE**

✱ Missing RQN 213 for $ 624,000 paid  8/1/95

**STANDARD FORM 272 (7-76)**
Prescribed by Office of Management and Budget
Cir. No. A-110

15/13/95
90

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272–A.)*

Approved Office of Management and Budget. No. 80–RO182

| 1. Federal sponsoring agency and organizational element to which this report is submitted |
|---|
| Agency for International Development |
| Washington, D.C. 20503 |

## 2. RECIPIENT ORGANIZATION

**Name** PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research

**Number and Street** Holyoke Center - Room 466
1350 Massachusetts Avenue

**City, State and ZIP Code:** Cambridge, MA 02138

| 4. Federal grant or other identification number | 5. Recipient's account number or identifying number |
|---|---|
| See 272A | See 272A |

| 6. Letter of credit number | 7. Last payment voucher number |
|---|---|
| 72001468 | 223 |

*Give total number for this period*

| 8. Payment Vouchers credited to your account | 9. Treasury checks received (whether or not deposited) |
|---|---|
| 4 | N/A |

## 3. FEDERAL EMPLOYER IDENTIFICATION NO.
04210350

## 10. PERIOD COVERED BY THIS REPORT

| FROM (month, day, year) | TO (month, day, year) |
|---|---|
| 9/01/95 | 9/30/95 |

## 11. STATUS OF FEDERAL CASH

*(See specific instructions on the back)*

| | |
|---|---|
| a. Cash on hand beginning of reporting period     DEFICIT | $ (810,806.75) |
| b. Letter of credit withdrawals | 2,111,000.00 |
| c. Treasury check payments | 0.00 |
| d. Total receipts (*Sum of lines b and c*) | 2,111,000.00 |
| e. Total cash available (*Sum of lines a and d*) | 1,300,193.25 |
| f. Gross disbursements | 2,879,588.45 |
| g. Federal share of program income | 0.00 |
| h. Net disbursements (*Line f minus line g*) | 2,879,588.45 |
| i. Adjustments of prior periods | 0.00 |
| j. Cash on hand end of period     DEFICIT | $ (1,579,395.20) |

(stamp: OCT 17 1995 RECEIVED)

## 12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ Days

## 13. OTHER INFORMATION

| a. Interest income | $ |
|---|---|
| b. Advances to subgrantees or subcontractors | $ |

## 14. REMARKS (*Attach additional sheets of plain paper, if more space is required*)

## 15. CERTIFICATION

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

**AUTHORIZED CERTIFYING OFFICIAL**

SIGNATURE *Marisa Schasel*

TYPED OR PRINTED NAME AND TITLE
Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED
10/12/95

TELEPHONE (*Area Code, Number, Extension*)
(617) 496-2507

## THIS SPACE FOR AGENCY USE

* Includes RQN 223 for $657,000 paid 10/3/95

10/23/95

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

Case 1:00-cv-11887-DPW   Document 1-4   Filed 09/20/00   Page 23 of 25

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)*

Approved - Office of Management and Budget, No. 80-RO182

| | |
|---|---|
| **1.** Federal sponsoring agency and organizational element to which this report is submitted | Agency for International Development<br>Washington, D.C.  20503 |

## 2. RECIPIENT ORGANIZATION

**Name**  PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research

**Number and Street**  : Holyoke Center - Room 466
1350 Massachusetts Avenue

**City, State and ZIP Code:**  Cambridge, MA  02138

| | |
|---|---|
| **4.** Federal grant or other identification number  See 272A | **5.** Recipient's account number or identifying number   See 272A |
| **6.** Letter of credit number   72001468 | **7.** Last payment voucher number   228 ✓ |
| | *Give total number for this period* |
| **8.** Payment Vouchers credited to your account   5 | **9.** Treasury checks received (whether or not deposited)   N/A |

**3. FEDERAL EMPLOYER IDENTIFICATION NO. ▶**   04210350

| **10.** | **PERIOD COVERED BY THIS REPORT** |
|---|---|
| **FROM** *(month, day, year)*   10/01/95 | **TO** *(month, day, year)*   10/31/95 |

## 11. STATUS OF FEDERAL CASH

*(See specific instructions on the back)*

RECEIVED  NOV 20 1995

| | |
|---|---|
| a. Cash on hand beginning of reporting period   DEFICIT | $  (1,579,395.20) |
| b. Letter of credit withdrawals | 3,079,000.00 ✱ |
| c. Treasury check payments | 0.00 |
| d. Total receipts *(Sum of lines b and c)* | 3,079,000.00 |
| e. Total cash available *(Sum of lines a and d)* | 1,499,604.80 |
| f. Gross disbursements | 2,646,890.77 |
| g. Federal share of program income | 0.00 |
| h. Net disbursements *(Line f minus line g)* | 2,646,890.77 |
| i. Adjustments of prior periods | 0.00 |
| j. Cash on hand end of period   DEFICIT | $  (1,147,285.97) |

| | |
|---|---|
| **12.** THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ Days | **13.**   OTHER INFORMATION |
| | a. Interest income   $ |
| | b. Advances to subgrantees or subcontractors   $ |

**14. REMARKS** *(Attach additional sheets of plain paper, if more space is required)*

## 15.                    CERTIFICATION

| I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement | AUTHORIZED CERTIFYING OFFICIAL | **SIGNATURE**   *Marisa Schasel*<br>**TYPED OR PRINTED NAME AND TITLE**<br>Marisa Schasel - Cash Manager | **DATE REPORT SUBMITTED**   11/14/95 |
|---|---|---|---|
| | | | **TELEPHONE** *(Area Code, Number, Extension)*   (617) 496-2507 |

**THIS SPACE FOR AGENCY USE**

✱ Missing # 223 for $659,000 paid 10/3/95

11/22/95

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)*

| | |
|---|---|
| 1. Federal sponsoring agency and organizational element to which this report is submitted | Agency for International Development Washington, D.C. 20503 |

Approved. Office of Management and Budget, No. 80-R0182

## 2. RECIPIENT ORGANIZATION

*Name* PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research

*Number and Street* : Holyoke Center - Room 466
1350 Massachusetts Avenue

*City, State and ZIP Code:* Cambridge, MA 02138

| 4. Federal grant or other identification number | See 272A | 5. Recipient's account number or identifying number | See 272A |
|---|---|---|---|
| 6. Letter of credit number | 72001468 | 7. Last payment voucher number | 232 |

*Give total number for this period*

| 8. Payment vouchers credited to your account | 4 | 9. Treasury checks received (whether or not deposited) | N/A |
|---|---|---|---|

## 3. FEDERAL EMPLOYER IDENTIFICATION NO. ▶ 04210350

### 10. PERIOD COVERED BY THIS REPORT

| FROM (month, day, year) | TO (month, day, year) |
|---|---|
| 11/01/95 | 11/30/95 |

## 11. STATUS OF FEDERAL CASH

| | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT $ | (1,147,285.97) |
| b. Letter of credit withdrawals | | 1,860,000.00 |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (Sum of lines b and c) | | 1,860,000.00 |
| e. Total cash available (Sum of lines a and d) | | 712,714.03 |
| f. Gross disbursements | | 1,558,498.74 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements (Line f minus line g) | | 1,558,498.74 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT $ | (845,784.71) |

*(See specific instructions on the back)* RECEIVED

## 12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ Days

## 13. OTHER INFORMATION

| | |
|---|---|
| a. Interest income | $ |
| b. Advances to subgrantees or subcontractors | $ |

## 14. REMARKS (Attach additional sheets of plain paper, if more space is required)

## 15. CERTIFICATION

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE *Marissa Schasel*

TYPED OR PRINTED NAME AND TITLE
Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED 12/12/95

TELEPHONE (Area Code, Number, Extension) (617) 496-2507

## THIS SPACE FOR AGENCY USE

1/25/96

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)*

Approved. Office of Management and Budget. No. 80-RO182

| | |
|---|---|
| 1. Federal sponsoring agency and organizational element to which this report is submitted | Agency for International Development<br>Washington, D.C.   20503 |

## 2. RECIPIENT ORGANIZATION

| 4. Federal grant or other identification number   See 272A | 5. Recipient's account number or identifying number   See 272A |
|---|---|

**Name**  PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research

| 6. Letter of credit number<br>72001468 | 7. Last payment voucher number   237 |
|---|---|

**Number and Street**  Holyoke Center - Room 466
1350 Massachusetts Avenue
Cambridge, MA  02138

*Give total number for this period*

| 8. Payment Vouchers credited to your account   5 | 9. Treasury checks received (whether or not deposited)   N/A |
|---|---|

**City, State and ZIP Code:**

## 3. FEDERAL EMPLOYER IDENTIFICATION NO. ▶   04210350

| 10. | PERIOD COVERED BY THIS REPORT | |
|---|---|---|
| | FROM (month, day, year)<br>12/01/95 | TO (month, day, year)<br>12/31/95 |

## 11. STATUS OF FEDERAL CASH

*(See specific instructions on the back)*

| | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT | $ (845,784.71) |
| b. Letter of credit withdrawals | | 2,166,000.00 * |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (*Sum of lines b and c*) | | 2,166,000.00 |
| e. Total cash available (*Sum of lines a and d*) | | 1,320,215.29 |
| f. Gross disbursements | | 2,612,468.64 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements (*Line f minus line g*) | | 2,612,468.64 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT | $ (1,292,253.35) |

## 12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ Days

## 13.   OTHER INFORMATION

| | |
|---|---|
| a. Interest income | $ |
| b. Advances to subgrantees or subcontractors | $ |

## 14. REMARKS (*Attach additional sheets of plain paper, if more space is required*)

## 15.   CERTIFICATION

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

| AUTHORIZED CERTIFYING OFFICIAL | SIGNATURE *Marisa Schasel* | DATE REPORT SUBMITTED<br>1/10/96 |
|---|---|---|
| | TYPED OR PRINTED NAME AND TITLE<br>Marisa Schasel - Cash Manager | TELEPHONE (Area Code, Number, Extension)<br>(617) 496-2507 |

## THIS SPACE FOR AGENCY USE

* Includes   236 & 237   for   $180,000 + $811,000   paid 1/2/96        1/25/96

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110