# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)*

Approved Office of Management and Budget, No. 80-R0182

| 1. Federal sponsoring agency and organizational element to which this report is submitted |
|---|
| Agency for International Development<br>Washington, D.C. 20503 |

### 2. RECIPIENT ORGANIZATION

Name: PRESIDENT & FELLOWS OF HARVARD COLLEGE
        Office for Sponsored Research
Number and Street: Holyoke Center - Room 466
        1350 Massachusetts Avenue
City, State and ZIP Code: Cambridge, MA  02138

| 4. Federal grant or other identification number | 5. Recipient's account number or identifying number |
|---|---|
| See 272A | See 272A |

| 6. Letter of credit number | 7. Last payment voucher number |
|---|---|
| 72001468 | 246 |

**Give total number for this period**

| 8. Payment Vouchers credited to your account | 9. Treasury checks received (whether or not deposited) |
|---|---|
| 5 | N/A |

### 3. FEDERAL EMPLOYER IDENTIFICATION NO.
04210350

### 10. PERIOD COVERED BY THIS REPORT

| FROM (month, day, year) | TO (month, day, year) |
|---|---|
| 2/01/96 | 2/29/96 |

### 11. STATUS OF FEDERAL CASH
*(See specific instructions on the back)*

| | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT | $ (1,414,051.68) |
| b. Letter of credit withdrawals | | 1,856,000.00 * |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (*Sum of lines b and c*) | | 1,856,000.00 |
| e. Total cash available (*Sum of lines a and d*) | | 441,948.32 |
| f. Gross disbursements | | 1,865,851.32 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements (*Line f minus line g*) | | 1,865,851.32 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT | $ (1,423,903.00) |

### 12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ Days

### 13. OTHER INFORMATION

| | |
|---|---|
| a. Interest income | $ |
| b. Advances to subgrantees or subcontractors | $ |

### 14. REMARKS *(Attach additional sheets of plain paper, if more space is required)*

### 15. CERTIFICATION

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE: *Marisa Schasel*

TYPED OR PRINTED NAME AND TITLE: Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED: 3/12/96

TELEPHONE (Area Code, Number, Extension): (617) 496-2507

### THIS SPACE FOR AGENCY USE

* missing RRW 247 for $1,500,000 paid 2/29



3/29/96
GP

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)

1. Federal sponsoring agency and organizational element to which this report is submitted
Agency for International Development
Washington, D.C. 20503

| | |
|---|---|
| **2. RECIPIENT ORGANIZATION** | |
| Name: PRESIDENT & FELLOWS OF HARVARD COLLEGE | |
| Office for Sponsored Research | |
| Number and Street: Holyoke Center - Room 466 | |
| 1350 Massachusetts Avenue | |
| City, State and ZIP Code: Cambridge, MA 02138 | |

| 4. Federal grant or other identification number | 5. Recipient's account number or identifying number |
|---|---|
| See 272A | See 272A |

| 6. Letter of credit number | 7. Last payment voucher number |
|---|---|
| 72001468 | 249 |

*Give total number for this period*

| 8. Payment Vouchers credited to your account | 9. Treasury checks received (whether or not deposited) |
|---|---|
| 3 | N/A |

**3. FEDERAL EMPLOYER IDENTIFICATION NO.** ► 04210350

**10. PERIOD COVERED BY THIS REPORT**

| FROM (month, day, year) | TO (month, day, year) |
|---|---|
| 3/01/96 | 3/31/96 |

**11. STATUS OF FEDERAL CASH** (See specific instructions on the back)

| | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT | $ (1,423,903.00) |
| b. Letter of credit withdrawals | | 1,886,000.00 |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (Sum of lines b and c) | | 1,886,000.00 |
| e. Total cash available (Sum of lines a and d) | | 462,097.00 |
| f. Gross disbursements | | 2,564,766.12 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements (Line f minus line g) | | 2,564,766.12 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT | $ (2,102,669.12) |

APR 15 1996 RECEIVED

**12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ Days**

**13. OTHER INFORMATION**

| | |
|---|---|
| a. Interest income | $ — |
| b. Advances to subgrantees or subcontractors | $ |

**14. REMARKS** (Attach additional sheets of plain paper, if more space is required)

**15. CERTIFICATION**

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE: *Marisa Schasel*

TYPED OR PRINTED NAME AND TITLE: Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED: 4/10/96

TELEPHONE (Area Code, Number, Extension): (617) 496-2507

**THIS SPACE FOR AGENCY USE**

5/3/96

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)

Approved by Office of Management and Budget, No. 80-R0182

**1. Federal sponsoring agency and organizational element to which this report is submitted**
Agency for International Development
Washington, D.C. 20503

**2. RECIPIENT ORGANIZATION**
Name: PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research
Number and Street: Holyoke Center - Room 466
1350 Massachusetts Avenue
City, State and ZIP Code: Cambridge, MA 02138

**3. FEDERAL EMPLOYER IDENTIFICATION NO.** 04210350

**4. Federal grant or other identification number** See 272A

**5. Recipient's account number or identifying number** See 272A

**6. Letter of credit number** 72001468

**7. Last payment voucher number** 255

*Give total number for this period*

**8. Payment Vouchers credited to your account** 6

**9. Treasury checks received (whether or not deposited)** N/A

**10. PERIOD COVERED BY THIS REPORT**
FROM (month, day, year): 4/01/96
TO (month, day, year): 4/30/96

**11. STATUS OF FEDERAL CASH** (See specific instructions on the back)

| | |
|---|---:|
| a. Cash on hand beginning of reporting period    DEFICIT | $ (2,102,669.12) |
| b. Letter of credit withdrawals | 3,304,866.00 |
| c. Treasury check payments | 0.00 |
| d. Total receipts (*Sum of lines b and c*) | 3,304,866.00 |
| e. Total cash available (*Sum of lines a and d*) | 1,202,196.88 |
| f. Gross disbursements | 2,108,852.25 |
| g. Federal share of program income | 0.00 |
| h. Net disbursements (*Line f minus line g*) | 2,108,852.25 |
| i. Adjustments of prior periods | 0.00 |
| j. Cash on hand end of period    DEFICIT | $ (906,655.37) |

MAY 14 1996 RECEIVED

**12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ Days**

**13. OTHER INFORMATION**

| | |
|---|---|
| a. Interest income | $ |
| b. Advances to subgrantees or subcontractors | $ |

**14. REMARKS** (*Attach additional sheets of plain paper, if more space is required*)

**15. CERTIFICATION**

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE: *Marisa Schasel*
TYPED OR PRINTED NAME AND TITLE: Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED: 5/09/96
TELEPHONE (Area Code, Number, Extension): (617) 496-2507

THIS SPACE FOR AGENCY USE

5/14/96

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)*

Approved by Office of Management and Budget, No. 80-RO182

**1.** Federal sponsoring agency and organizational element to which this report is submitted
Agency for International Development
Washington, D.C. 20503

**2. RECIPIENT ORGANIZATION**

Name: PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research
Number and Street: Holyoke Center - Room 466
1350 Massachusetts Avenue
City, State and ZIP Code: Cambridge, MA 02138

**4.** Federal grant or other identification number: See 272A
**5.** Recipient's account number or identifying number: See 272A
**6.** Letter of credit number: 72001468
**7.** Last payment voucher number: 260

*Give total number for this period*

**8.** Payment Vouchers credited to your account: 5
**9.** Treasury checks received (whether or not deposited): N/A

**3. FEDERAL EMPLOYER IDENTIFICATION NO.** 04210350

**10. PERIOD COVERED BY THIS REPORT**
FROM (month, day, year): 5/01/96
TO (month, day, year): 5/31/96

**11. STATUS OF FEDERAL CASH**

*(See specific instructions on the back)*

| | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT | $ (906,655.37) |
| b. Letter of credit withdrawals | | 1,740,000.00 |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (Sum of lines b and c) | | 1,740,000.00 |
| e. Total cash available (Sum of lines a and d) | | 833,344.63 |
| f. Gross disbursements | JUN 18 1996 | 2,417,231.06 |
| g. Federal share of program income | RECEIVED | 0.00 |
| h. Net disbursements (Line f minus line g) | | 2,417,231.06 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT | $ (1,583,886.43) |

**12.** THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ Days

**13. OTHER INFORMATION**

| | |
|---|---|
| a. Interest income | $ — |
| b. Advances to subgrantees or subcontractors | $ |

**14. REMARKS** *(Attach additional sheets of plain paper, if more space is required)*

**15. CERTIFICATION**

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE: *Marisa Schasel*
TYPED OR PRINTED NAME AND TITLE: Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED: 6/10/96
TELEPHONE (Area Code, Number, Extension): (617) 496-2507

THIS SPACE FOR AGENCY USE

7/3/96

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)

Approved Office of Management and Budget, No. 80-R0182

**1.** Federal sponsoring agency and organizational element to which this report is submitted
Agency for International Development
Washington, D.C. 20503

**2. RECIPIENT ORGANIZATION**

Name: PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research
Number and Street: Holyoke Center - Room 466
1350 Massachusetts Avenue
City, State and ZIP Code: Cambridge, MA 02138

**3. FEDERAL EMPLOYER IDENTIFICATION NO.** 04210350

**4.** Federal grant or other identification number: See 272A
**5.** Recipient's account number or identifying number: See 272A
**6.** Letter of credit number: 72001468
**7.** Last payment voucher number: 266

*Give total number for this period*
**8.** Payment vouchers credited to your account: 5
**9.** Treasury checks received (whether or not deposited): N/A

**10. PERIOD COVERED BY THIS REPORT**
FROM (month, day, year): 6/01/96
TO (month, day, year): 6/30/96

**11. STATUS OF FEDERAL CASH**

| Line | Description | | Amount |
|---|---|---|---|
| a. | Cash on hand beginning of reporting period | DEFICIT | $ (1,583,886.43) |
| b. | Letter of credit withdrawals | | 3,075,000.00 |
| c. | Treasury check payments | | 0.00 |
| d. | Total receipts (Sum of lines b and c) | | 3,075,000.00 |
| e. | Total cash available (Sum of lines a and d) | | 1,491,113.57 |
| f. | Gross disbursements | | 3,229,191.00 |
| g. | Federal share of program income | | 0.00 |
| h. | Net disbursements (Line f minus line g) | | 3,229,191.00 |
| i. | Adjustments of prior periods | | 0.00 |
| j. | Cash on hand end of period | DEFICIT | $ (1,738,077.43) |

(See specific instructions on the back)

JUL 22 1996 RECEIVED

**12.** THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING ____ Days

**13. OTHER INFORMATION**

| | | |
|---|---|---|
| a. | Interest income | $ — |
| b. | Advances to subgrantees or subcontractors | $ |

**14. REMARKS** (Attach additional sheets of plain paper, if more space is required)

**15. CERTIFICATION**

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE: *Marisa Schasel*
TYPED OR PRINTED NAME AND TITLE: Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED: 7/16/96
TELEPHONE (Area Code, Number, Extension): (617) 496-2507

THIS SPACE FOR AGENCY USE

7/23/96

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

REVISED

Approval by Office of Management and Budget, No. 80-R0182

# FEDERAL CASH TRANSACTIONS REPORT

(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)

1. Federal sponsoring agency and organizational element to which this report is submitted
   Agency for International Development
   Washington, D.C. 20503

2. RECIPIENT ORGANIZATION

   Name: PRESIDENT & FELLOWS OF HARVARD COLLEGE
   Office for Sponsored Research

   Number and Street: Holyoke Center - Room 466
   1350 Massachusetts Avenue

   City, State and ZIP Code: Cambridge, MA 02138

4. Federal grant or other identification number: See 272A
5. Recipient's account number or identifying number: See 272A
6. Letter of credit number: 72001468
7. Last payment voucher number: 266

Give total number for this period

8. Payment Vouchers credited to your account: 5
9. Treasury checks received (whether or not deposited): N/A

3. FEDERAL EMPLOYER IDENTIFICATION NO.: 04210350

10. PERIOD COVERED BY THIS REPORT
    FROM (month, day, year): 6/01/96
    TO (month, day, year): 6/30/96

11. STATUS OF FEDERAL CASH

| | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT | $ (1,583,886.43) |
| b. Letter of credit withdrawals | | 3,075,000.00 |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (Sum of lines b and c) | | 3,075,000.00 |
| e. Total cash available (Sum of lines a and d) | | 1,491,113.57 |
| f. Gross disbursements | | 3,329,595.12 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements (Line f minus line g) | | 3,329,595.12 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT | $ (1,838,481.55) |

AUG 16 1996
(See specific instructions on the back)
RECD

12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING ____ Days

13. OTHER INFORMATION

    a. Interest income  $
    b. Advances to subgrantees or subcontractors  $

14. REMARKS (Attach additional sheets of plain paper, if more space is required)

15. CERTIFICATION

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE: *Marisa Schasel*

TYPED OR PRINTED NAME AND TITLE: Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED: 8/01/96
TELEPHONE (Area Code, Number, Extension): (617) 496-2507

THIS SPACE FOR AGENCY USE

8/22/96
QP

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)

Approved Office of Management and Budget, No. 80-RO182

**1. Federal sponsoring agency and organizational element to which this report is submitted**
Agency for International Development
Washington, D.C. 20503

**2. RECIPIENT ORGANIZATION**

Name: PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research
Number and Street: Holyoke Center - Room 466
1350 Massachusetts Avenue
City, State and ZIP Code: Cambridge, MA 02138

**3. FEDERAL EMPLOYER IDENTIFICATION NO.** 04210350

**4. Federal grant or other identification number** See 272A

**5. Recipient's account number or identifying number** See 272A

**6. Letter of credit number** 72001468

**7. Last payment voucher number** 269

Give total number for this period

**8. Payment Vouchers credited to your account** 3

**9. Treasury checks received (whether or not deposited)** N/A

**10. PERIOD COVERED BY THIS REPORT**
FROM (month, day, year): 7/01/96
TO (month, day, year): 7/31/96

**11. STATUS OF FEDERAL CASH** (See specific instructions on the back)

| | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT | $ (1,838,481.55) |
| b. Letter of credit withdrawals | | 2,358,000.00 |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (Sum of lines b and c) | | 2,358,000.00 |
| e. Total cash available (Sum of lines a and d) | | 519,518.45 |
| f. Gross disbursements | | 2,048,912.74 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements (Line f minus line g) | | 2,048,912.74 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT | $ (1,529,394.29) |

**12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING ___ Days**

**13. OTHER INFORMATION**

a. Interest income $ -
b. Advances to subgrantees or subcontractors $

**14. REMARKS** (Attach additional sheets of plain paper, if more space is required)

**15. CERTIFICATION**

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE: *Marisa Schasel*
TYPED OR PRINTED NAME AND TITLE: Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED: 8/15/96
TELEPHONE (Area Code, Number, Extension): (617) 496-2507

THIS SPACE FOR AGENCY USE

8/22/96

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)

Approved by Office of Management and Budget, No. 80-R0182

**1.** Federal sponsoring agency and organizational element to which this report is submitted
Agency for International Development
Washington, D.C. 20503

**2. RECIPIENT ORGANIZATION**

Name: PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research
Number and Street: Holyoke Center - Room 466
1350 Massachusetts Avenue
City, State and ZIP Code: Cambridge, MA 02138

**3. FEDERAL EMPLOYER IDENTIFICATION NO.** 04210350

**4.** Federal grant or other identification number   See 272A

**5.** Recipient's account number or identifying number   See 272A

**6.** Letter of credit number   72001468

**7.** Last payment voucher number   275

Give total number for this period

**8.** Payment Vouchers credited to your account   6

**9.** Treasury checks received (whether or not deposited)   N/A

**10. PERIOD COVERED BY THIS REPORT**
FROM (month, day, year): 8/01/96
TO (month, day, year): 8/31/96

**11. STATUS OF FEDERAL CASH**

| | |
|---|---:|
| a. Cash on hand beginning of reporting period   DEFICIT | $ (1,529,394.29) |
| b. Letter of credit withdrawals | ✱ 2,992,000.00 |
| c. Treasury check payments | 0.00 |
| d. Total receipts (Sum of lines b and c) | 2,992,000.00 |
| e. Total cash available (Sum of lines a and d) | 1,462,605.71 |
| f. Gross disbursements | 1,993,954.94 |
| g. Federal share of program income | 0.00 |
| h. Net disbursements (Line f minus line g) | 1,993,954.94 |
| i. Adjustments of prior periods | 0.00 |
| j. Cash on hand end of period   DEFICIT | $ (531,349.23) |

SEP 11 1996
(See specific instructions on the back)

**12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING ____ Days**

**13. OTHER INFORMATION**

| | |
|---|---|
| a. Interest income | $ — |
| b. Advances to subgrantees or subcontractors | $ |

**14. REMARKS** (Attach additional sheets of plain paper, if more space is required)

✱ Includes RQD 275 for $461,000 paid 9/3

**15. CERTIFICATION**

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE: *Marisa Schasel*
TYPED OR PRINTED NAME AND TITLE: Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED: 9/10/96
TELEPHONE (Area Code, Number, Extension): (617) 496-2507

**THIS SPACE FOR AGENCY USE**

9/24/96
qp

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)*

Approval: Office of Management and Budget, No. 80-R0182

1. Federal sponsoring agency and organizational element to which this report is submitted
   Agency for International Development
   Washington, D.C. 20503

2. **RECIPIENT ORGANIZATION**

   Name: PRESIDENT & FELLOWS OF HARVARD COLLEGE
   Office for Sponsored Research
   Number and Street: Holyoke Center - Room 466
   1350 Massachusetts Avenue
   City, State and ZIP Code: Cambridge, MA 02138

4. Federal grant or other identification number: See 272A
5. Recipient's account number or identifying number: See 272A
6. Letter of credit number: 72001468
7. Last payment voucher number: 278

*Give total number for this period*

8. Payment Vouchers credited to your account: 3
9. Treasury checks received (whether or not deposited): N/A

3. **FEDERAL EMPLOYER IDENTIFICATION NO.** 04210350

10. **PERIOD COVERED BY THIS REPORT**
    FROM (month, day, year): 9/01/96
    TO (month, day, year): 9/30/96

11. **STATUS OF FEDERAL CASH** *(See specific instructions on the back)*

| | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT | $ (531,349.23) |
| b. Letter of credit withdrawals | | 966,000.00 |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (Sum of lines b and c) | | 966,000.00 |
| e. Total cash available (Sum of lines a and d) | | 434,650.77 |
| f. Gross disbursements | | 2,439,369.52 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements (Line f minus line g) | | 2,439,369.52 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT | $ (2,004,718.75) |

OCT 10 1996 RECEIVED

12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ Days

13. **OTHER INFORMATION**

| | |
|---|---|
| a. Interest income | $ — |
| b. Advances to subgrantees or subcontractors | $ |

14. **REMARKS** *(Attach additional sheets of plain paper, if more space is required)*

15. **CERTIFICATION**

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE: *Marisa Schasel*
TYPED OR PRINTED NAME AND TITLE: Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED: 10/08/96
TELEPHONE (Area Code, Number, Extension): (617) 496-2507

**THIS SPACE FOR AGENCY USE**

10/22/96

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)

Approved by Office of Management and Budget, No. 80-R0182

**1. Federal sponsoring agency and organizational element to which this report is submitted**
Agency for International Development
Washington, D.C. 20503

**2. RECIPIENT ORGANIZATION**

Name: PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research
Number and Street: Holyoke Center - Room 466
1350 Massachusetts Avenue
City, State and ZIP Code: Cambridge, MA 02138

**4. Federal grant or other Identification number**: See 272A
**5. Recipient's account number or identifying number**: See 272A
**6. Letter of credit number**: 72001468
**7. Last payment voucher number**: 284

Give total number for this period
**8. Payment Vouchers credited to your account**: 6
**9. Treasury checks received (whether or not deposited)**: N/A

**3. FEDERAL EMPLOYER IDENTIFICATION NO.**: 042103580

**10. PERIOD COVERED BY THIS REPORT**
FROM (month, day, year): 10/01/96
TO (month, day, year): 10/01/96

**11. STATUS OF FEDERAL CASH**

| | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT | $ (2,004,718.75) |
| b. Letter of credit withdrawals | | 3,402,000.00 |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (Sum of lines b and c) | | 3,402,000.00 |
| e. Total cash available (Sum of lines a and d) | | 1,397,281.25 |
| f. Gross disbursements | | 3,138,291.20 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements (Line f minus line g) | | 3,138,291.20 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT | $ (1,741,009.95) |

**12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ Days**

**13. OTHER INFORMATION**

a. Interest income: $
b. Advances to subgrantees or subcontractors: $

**14. REMARKS** (Attach additional sheets of plain paper, if more space is required)

**15. CERTIFICATION**

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE: Marisa Schasel
TYPED OR PRINTED NAME AND TITLE: Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED: 11/12/96
TELEPHONE (Area Code, Number, Extension): (617) 496-2507

THIS SPACE FOR AGENCY USE

12/3/96

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)

Approved by Office of Management and Budget, No. 80-RO182

**1. Federal sponsoring agency and organizational element to which this report is submitted**
Agency for International Development
Washington, D.C. 20503

**2. RECIPIENT ORGANIZATION**

Name: PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research
Number and Street: Holyoke Center - Room 466
1350 Massachusetts Avenue
City, State and ZIP Code: Cambridge, MA 02138

**3. FEDERAL EMPLOYER IDENTIFICATION NO.** 042103580

**4. Federal grant or other identification number** See 272A

**5. Recipient's account number or identifying number** See 272A

**6. Letter of credit number** 72001468

**7. Last payment voucher number** 287

Give total number for this period

**8. Payment Vouchers credited to your account** 3

**9. Treasury checks received (whether or not deposited)** N/A

**10. PERIOD COVERED BY THIS REPORT**
FROM (month, day, year): 11/01/96
TO (month, day, year): 11/30/96

**11. STATUS OF FEDERAL CASH** (See specific instructions on the back)

| | Amount |
|---|---|
| a. Cash on hand beginning of reporting period DEFICIT | $ (1,741,009.95) |
| b. Letter of credit withdrawals | 2,643,000.00 |
| c. Treasury check payments | 0.00 |
| d. Total receipts (Sum of lines b and c) | 2,643,000.00 |
| e. Total cash available (Sum of lines a and d) | 901,990.05 |
| f. Gross disbursements | 2,544,578.15 |
| g. Federal share of program income | 0.00 |
| h. Net disbursements (Line f minus line g) | 2,544,578.15 |
| i. Adjustments of prior periods | 0.00 |
| j. Cash on hand end of period DEFICIT | $ (1,642,588.10) |

**12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING ___ Days**

**13. OTHER INFORMATION**

| | |
|---|---|
| a. Interest Income | $ |
| b. Advances to subgrantees or subcontractors | $ |

**14. REMARKS** (Attach additional sheets of plain paper, if more space is required)

**15. CERTIFICATION**

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE: Marisa Schasel
TYPED OR PRINTED NAME AND TITLE: Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED: 12/09/96
TELEPHONE (Area Code, Number, Extension): (617) 496-2507

THIS SPACE FOR AGENCY USE

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)

Approved Office of Management and Budget, No. 80-R0182

**1. Federal sponsoring agency and organizational element to which this report is submitted**
Agency for International Development
Washington, D.C. 20503

**2. RECIPIENT ORGANIZATION**

Name: PRESIDENT & FELLOWS OF HARVARD COLLEGE
       Office for Sponsored Research
Number and Street: Holyoke Center - Room 466
                   1350 Massachusetts Avenue
City, State and ZIP Code: Cambridge, MA 02138

**3. FEDERAL EMPLOYER IDENTIFICATION NO.** 042103580

**4. Federal grant or other identification number** See 272A

**5. Recipient's account number or identifying number** See 272A

**6. Letter of credit number** 72001468

**7. Last payment voucher number** 290

Give total number for this period

**8. Payment Vouchers credited to your account** 3

**9. Treasury checks received (whether or not deposited)** N/A

**10. PERIOD COVERED BY THIS REPORT**
FROM (month, day, year): 12/01/96
TO (month, day, year): 12/31/96

**11. STATUS OF FEDERAL CASH** (See specific instructions on the back)

| Line | Description | Amount |
|---|---|---|
| a. | Cash on hand beginning of reporting period | DEFICIT $ (1,642,588.10) |
| b. | Letter of credit withdrawals | 2,889,000.00 |
| c. | Treasury check payments | 0.00 |
| d. | Total receipts (Sum of lines b and c) | 2,889,000.00 |
| e. | Total cash available (Sum of lines a and d) | 1,246,411.90 |
| f. | Gross disbursements | 2,556,832.36 |
| g. | Federal share of program income | 0.00 |
| h. | Net disbursements (Line f minus line g) | 2,556,832.36 |
| i. | Adjustments of prior periods | 0.00 |
| j. | Cash on hand end of period | DEFICIT $ (1,310,420.46) |

**12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING ____ Days**

**13. OTHER INFORMATION**
a. Interest income $
b. Advances to subgrantees or subcontractors $

**14. REMARKS** (Attach additional sheets of plain paper, if more space is required)

**15. CERTIFICATION**

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE: [signed] Marisa Schasel

TYPED OR PRINTED NAME AND TITLE: Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED: 1/14/97

TELEPHONE (Area Code, Number, Extension): (617) 496-2507

**THIS SPACE FOR AGENCY USE**

1/24/97

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)*

Approved Office of Management and Budget, No. 80-RO182

| | |
|---|---|
| 1. Federal sponsoring agency and organizational element to which this report is submitted | Agency for International Development Washington, D.C. 20503 |

**2. RECIPIENT ORGANIZATION**

Name: PRESIDENT & FELLOWS OF HARVARD COLLEGE
       Office for Sponsored Research
Number and Street: Holyoke Center - Room 466
       1350 Massachusetts Avenue
City, State and ZIP Code: Cambridge, MA 02138

| 4. Federal grant or other identification number | 5. Recipient's account number or identifying number |
|---|---|
| See 272A | See 272A |
| 6. Letter of credit number | 7. Last payment voucher number |
| 72001468 | 294 |

Give total number for this period

| 8. Payment Vouchers credited to your account | 9. Treasury checks received (whether or not deposited) |
|---|---|
| 4 | N/A |

**3. FEDERAL EMPLOYER IDENTIFICATION NO.** 042103580

**10. PERIOD COVERED BY THIS REPORT**

| FROM (month, day, year) | TO (month, day, year) |
|---|---|
| 1/01/97 | 1/31/97 |

**11. STATUS OF FEDERAL CASH**

*(See specific instructions on the back)*

| | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT $ | (1,310,420.46) |
| b. Letter of credit withdrawals | | 2,718,000.00 |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (*Sum of lines b and c*) | | 2,718,000.00 |
| e. Total cash available (*Sum of lines a and d*) | | 1,407,579.54 |
| f. Gross disbursements | FEB 18 '97 | 2,258,689.36 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements (*Line f minus line g*) | | 2,258,689.36 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT $ | (851,109.82) |

**12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING ___ Days**

**13. OTHER INFORMATION**

| a. Interest income | $ | |
| b. Advances to subgrantees or subcontractors | $ | |

**14. REMARKS** (*Attach additional sheets of plain paper, if more space is required*)

**15. CERTIFICATION**

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE: *Marisa Schasel*

TYPED OR PRINTED NAME AND TITLE: Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED: 2/11/97

TELEPHONE (Area Code, Number, Extension): (617) 496-2507

THIS SPACE FOR AGENCY USE

2/26/97

# FEDERAL CASH TRANSACTIONS REPORT

(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)

Approved by Office of Management and Budget, No. 80-R0182

**1. Federal sponsoring agency and organizational element to which this report is submitted**
Agency for International Development
Washington, D.C. 20503

**2. RECIPIENT ORGANIZATION**

Name: PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research
Number and Street: Holyoke Center - Room 466
1350 Massachusetts Avenue
City, State and ZIP Code: Cambridge, MA 02138

**4. Federal grant or other identification number:** See 272A
**5. Recipient's account number or identifying number:** See 272A
**6. Letter of credit number:** 72001468
**7. Last payment voucher number:** 297

Give total number for this period
**8. Payment Vouchers credited to your account:** 3
**9. Treasury checks received (whether or not deposited):** N/A

**3. FEDERAL EMPLOYER IDENTIFICATION NO.:** 042103580

**10. PERIOD COVERED BY THIS REPORT**
FROM (month, day, year): 2/01/97
TO (month, day, year): 2/28/97

**11. STATUS OF FEDERAL CASH** (See specific instructions on the back)

| Line | Description | Amount |
|---|---|---|
| a. | Cash on hand beginning of reporting period | DEFICIT $ (851,109.82) |
| b. | Letter of credit withdrawals | 1,660,000.00 |
| c. | Treasury check payments | 0.00 |
| d. | Total receipts (Sum of lines b and c) | 1,660,000.00 |
| e. | Total cash available (Sum of lines a and d) | 808,890.18 |
| f. | Gross disbursements | 2,852,659.63 |
| g. | Federal share of program income | 0.00 |
| h. | Net disbursements (Line f minus line g) | 2,852,659.63 |
| i. | Adjustments of prior periods | 0.00 |
| j. | Cash on hand end of period | DEFICIT $ (2,043,769.45) |

**12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ Days**

**13. OTHER INFORMATION**
a. Interest income: $ —
b. Advances to subgrantees or subcontractors: $

**14. REMARKS** (Attach additional sheets of plain paper, if more space is required)

**15. CERTIFICATION**

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE: /s/ Marisa Schasel
TYPED OR PRINTED NAME AND TITLE: Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED: 3/14/97
TELEPHONE (Area Code, Number, Extension): (617) 496-2507

THIS SPACE FOR AGENCY USE

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)

Approved Office of Management and Budget, No. 80-R0182

**1. Federal sponsoring agency and organizational element to which this report is submitted**

Agency for International Development
Washington, D.C. 20503

**2. RECIPIENT ORGANIZATION**

Name: PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research

Number and Street: Holyoke Center - Room 466
1350 Massachusetts Avenue

City, State and ZIP Code: Cambridge, MA 02138

**4. Federal grant or other identification number:** See 272A

**5. Recipient's account number or identifying number:** See 272A

**6. Letter of credit number:** 72001468

**7. Last payment voucher number:** 300

*Give total number for this period*

**8. Payment Vouchers credited to your account:** 3

**9. Treasury checks received (whether or not deposited):** N/A

**3. FEDERAL EMPLOYER IDENTIFICATION NO.** 042103580

**10. PERIOD COVERED BY THIS REPORT**
FROM: 3/01/97   TO: 3/31/97

**11. STATUS OF FEDERAL CASH** (See specific instructions on the back)

| | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT | $ (2,043,769.45) |
| b. Letter of credit withdrawals | | 3,448,000.00 ✓ |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (Sum of lines b and c) | | 3,448,000.00 |
| e. Total cash available (Sum of lines a and d) | | 1,404,230.55 |
| f. Gross disbursements | | 2,407,070.71 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements (Line f minus line g) | | 2,407,070.71 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT | $ (1,002,840.16) |

APR 21 1997 RECEIVED

**12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING ___ Days**

**13. OTHER INFORMATION**

a. Interest income   $ —
b. Advances to subgrantees or subcontractors   $

**14. REMARKS** (Attach additional sheets of plain paper, if more space is required)

**15. CERTIFICATION**

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE: *Marisa Schasel*

TYPED OR PRINTED NAME AND TITLE: Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED: 4/11/97

TELEPHONE (Area Code, Number, Extension): (617) 496-2507

THIS SPACE FOR AGENCY USE

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)

Approved Office of Management and Budget, No. 80-R0182

**1. Federal sponsoring agency and organizational element to which this report is submitted**

Agency for International Development
Washington, D.C. 20503

**2. RECIPIENT ORGANIZATION**

Name: PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research
Number and Street: Holyoke Center - Room 466
1350 Massachusetts Avenue
City, State and ZIP Code: Cambridge, MA 02138

**3. FEDERAL EMPLOYER IDENTIFICATION NO.** 042103580

**4. Federal grant or other identification number** See 272A

**5. Recipient's account number or identifying number** See 272A

**6. Letter of credit number** 72001468

**7. Last payment voucher number** 305  36

Give total number for this period

**8. Payment Vouchers credited to your account** 5

**9. Treasury checks received (whether or not deposited)** N/A

**10. PERIOD COVERED BY THIS REPORT**
FROM (month, day, year): 4/01/97
TO (month, day, year): 4/30/97

**11. STATUS OF FEDERAL CASH**

| | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT $ | (1,002,840.16) |
| b. Letter of credit withdrawals | | 1,486,000.00 |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (Sum of lines b and c) | | 1,486,000.00 |
| e. Total cash available (Sum of lines a and d) | | 483,159.84 |
| f. Gross disbursements | | 2,248,471.18 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements (Line f minus line g) | | 2,248,471.18 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT $ | (1,765,311.34) |

(See specific instructions on the back)

**12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING ___ Days**

**13. OTHER INFORMATION**

| a. Interest income | $ | - |
| b. Advances to subgrantees or subcontractors | $ | |

**14. REMARKS** (Attach additional sheets of plain paper, if more space is required)

AID Cooperative Agreements Nos. CCN-0005-A-00-3023-10 and EPE-A-00-95-00122-02 are currently under suspension. No expenses incurred during the month are reflected in net disbursements.

**15. CERTIFICATION**

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE: Marisa Schasel
TYPED OR PRINTED NAME AND TITLE: Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED: 5/29/97
TELEPHONE (Area Code, Number, Extension): (617) 496-2507

THIS SPACE FOR AGENCY USE

Stamp: JUN 4 1997 RECEIVED

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110

# FEDERAL CASH TRANSACTIONS REPORT

*(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)*

Approved by Office of Management and Budget, No. 80–R0182

**1. Federal sponsoring agency and organizational element to which this report is submitted**
AGENCY FOR INTERNATIONAL DEVELOPMENT
WASHINGTON, DC   20503

**2. RECIPIENT ORGANIZATION**
Name: PRESIDENT & FELLOWS OF HARVARD COLLEGE
Office for Sponsored Research
Number and Street: Holyoke Center – Room 466
1350 Massachusetts Avenue
City, State and ZIP Code: Cambridge, MA   02138

**4. Federal grant or other identification number**   see 272A
**5. Recipient's account number or identifying number**   see 272A
**6. Letter of credit number**   72001468
**7. Last payment voucher number**   305  301

*Give total number for this period*
**8. Payment Vouchers credited to your account**   5
**9. Treasury checks received (whether or not deposited)**   N/A

**3. FEDERAL EMPLOYER IDENTIFICATION NO.**   042103580

**10. PERIOD COVERED BY THIS REPORT**
FROM (month, day, year): 04/01/97
TO (month, day, year): 04/30/97

**11. STATUS OF FEDERAL CASH**
*(See specific instructions on the back)*

JUL 2 1997  RECEIVED

| | |
|---|---:|
| a. Cash on hand beginning of reporting period   Deficit | $ (1,002,840.16) |
| b. Letter of credit withdrawals | 1,486,000.00 |
| c. Treasury check payments | 0.00 |
| d. Total receipts (Sum of lines b and c) | 1,486,000.00 |
| e. Total cash available (Sum of lines a and d) | 483,159.84 |
| f. Gross disbursements | 3,038,175.60 |
| g. Federal share of program income | 0.00 |
| h. Net disbursements (Line f minus line g) | 3,038,175.60 |
| i. Adjustments of prior periods | 0.00 |
| j. Cash on hand end of period | $ (2,555,015.76) |

**12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING ___ Days**

**13. OTHER INFORMATION**

| | |
|---|---|
| a. Interest income | $ |
| b. Advances to subgrantees or subcontractors | $ |

**14. REMARKS** *(Attach additional sheets of plain paper, if more space is required)*

Revised to reflect net disbursements for AID cooperative agreement no. CCN-0005-A-00-3023 drawn via Letter of Credit System prior to award suspension.

**15. CERTIFICATION**

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE: Marisa Schasel
TYPED OR PRINTED NAME AND TITLE:

DATE REPORT SUBMITTED: 6/18/97
TELEPHONE (Area Code, Number, Extension):

**THIS SPACE FOR AGENCY USE**

# FEDERAL CASH TRANSACTIONS REPORT

(See instructions on the back. If report is for more than one grant or assistance agreement, attach completed Standard Form 272-A.)

Approved Office of Management and Budget, No. 80-R0182

1. Federal sponsoring agency and organizational element to which this report is submitted

Agency for International Development
Washington, D.C.  20503

2. RECIPIENT ORGANIZATION

PRESIDENT & FELLOWS OF HARVARD COLLEGE

Name: Office for Sponsored Research
Number and Street: Holyoke Center - Room 466
1350 Massachusetts Avenue
City, State and ZIP Code: Cambridge, MA  02138

4. Federal grant or other identification number: See 272A
5. Recipient's account number or identifying number: See 272A
6. Letter of credit number: 72001468
7. Last payment voucher number: 304

Give total number for this period

8. Payment Vouchers credited to your account: 0
9. Treasury checks received (whether or not deposited): N/A

3. FEDERAL EMPLOYER IDENTIFICATION NO.: 042103580

10. PERIOD COVERED BY THIS REPORT
FROM (month, day, year): 5/01/97
TO (month, day, year): 5/31/97

11. STATUS OF FEDERAL CASH (See specific instructions on the back)

| | | |
|---|---|---|
| a. Cash on hand beginning of reporting period | DEFICIT | $ (2,555,015.76) |
| b. Letter of credit withdrawals | | 3,612,623.00 |
| c. Treasury check payments | | 0.00 |
| d. Total receipts (Sum of lines b and c) | | 3,612,623.00 |
| e. Total cash available (Sum of lines a and d) | | 1,057,607.24 |
| f. Gross disbursements | | 1,582,060.85 |
| g. Federal share of program income | | 0.00 |
| h. Net disbursements (Line f minus line g) | | 1,582,060.85 |
| i. Adjustments of prior periods | | 0.00 |
| j. Cash on hand end of period | DEFICIT | $ (524,453.61) |

12. THE AMOUNT SHOWN ON LINE 11j, ABOVE, REPRESENTS CASH REQUIREMENTS FOR THE ENSUING _____ Days

13. OTHER INFORMATION

a. Interest income: $
b. Advances to subgrantees or subcontractors: $

14. REMARKS (Attach additional sheets of plain paper, if more space is required)

This 272 report includes $25,196.01 of expenses drawn prior to the suspension of AID assistance agreement CNN-0005-A-3023-00.

15. CERTIFICATION

I certify to the best of my knowledge and belief that this report is true in all respects and that all disbursements have been made for the purpose and conditions of the grant or agreement

AUTHORIZED CERTIFYING OFFICIAL

SIGNATURE: Marisa Schasel

TYPED OR PRINTED NAME AND TITLE: Marisa Schasel - Cash Manager

DATE REPORT SUBMITTED: 6/17/97

TELEPHONE (Area Code, Number, Extension): (617) 496-2507

THIS SPACE FOR AGENCY USE

272-102

STANDARD FORM 272 (7-76)
Prescribed by Office of Management and Budget
Cir. No. A-110