10:50 am

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,  )
    Plaintiff,  )
                         )
v.  )  CIVIL ACTION NO.
                         )  00-11977-DPW
THE PRESIDENT AND FELLOWS OF  )
HARVARD COLLEGE AND  )
ANDREI SHLEIFER,  )
    Defendants.  )
                         )

## VERDICT

Was Russia a country to which Andrei Shleifer was assigned within the meaning of subpart (c) of the Regulations Governing Employees in the Cooperative Agreements between the United States Agency for International Development and the Harvard Institute for International Development?

Answer "YES" or "NO."

                                                Yes

12/9/04
DATE

                                             Carissa Doucet
                                                FOREPERSON