UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>HARVARD UNIVERSITY, et al.<br>Defendants. | Civil Action No. 00-11977-DPW |

## ORDER

On August 5, 2005, the United States and President and Andrei Shleifer ("Shleifer") filed a stipulation to dismiss certain claims pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Upon due consideration of the stipulation and the papers on file in this action,

IT IS HEREBY ORDERED that,

1. In accordance with the terms of the Civil Settlement Agreement (Settlement Agreement) between the United States and Shleifer, and conditioned upon payment by Shleifer of the Settlement Amount stipulated therein, all claims stated in the Complaint in this action as against Shleifer are hereby DISMISSED, without prejudice until such time as Shleifer makes all payments required under the Settlement Agreement, and with prejudice thereafter.

2. No claim or allegation other than those specifically identified in the stipulation and herein shall be dismissed.

Done this 5th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE