UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, et al.<br>Defendants. | Civil Action No. 00-11977-DPW |

### ORDER

On _Aug 5, 2005_ the United States and President and Fellows of Harvard College ("Harvard") filed a stipulation to dismiss all claims against Harvard with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Upon due consideration of the stipulation and the papers on file in this action,

IT IS HEREBY ORDERED that,

In accordance with the terms of the Civil Settlement Agreement (Settlement Agreement) between the United States and Harvard, all claims stated in the Complaint in this action as against Harvard are hereby DISMISSED, with prejudice.

Done this _6th_ day of _August_, 2005.

_____
UNITED STATES DISTRICT JUDGE

3