UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 00-11977-DPW |
| ) | |
| HARVARD UNIVERSITY, et al., ) | |
| Defendants. ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the Judgment as to the defendant, Jonathan Hay, by payment in full, and does not oppose the dismissal with prejudice of this matter as against Jonathan Hay.

    Respectfully submitted,

    UNITED STATES OF AMERICA
    By its attorneys

    MICHAEL K. LOUCKS
    Acting United States Attorney

By:

    _/s/ Sara Bloom _____
    SARA BLOOM
    Assistant U.S. Attorney
    1 Courthouse Way
    John Joseph Moakley Courthouse
    Boston, MA 02210
    (617) 748-3100

Dated:  November 9, 2009

## CERTIFICATE OF SERVICE

Suffolk, s.s.                                                                                                                      Boston, MA

I hereby certify that on November 9, 2009, this document was filed through the ECF system and sent to Larry Spiegel, counsel for Jonathan Hay.

    /s/ Sara Bloom
    SARA BLOOM
    Assistant U.S. Attorney